**FILED**

**APR 17 2007**

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 06-15861 |
|---|---|
| Plaintiff - Appellee, | D.C. Nos. CV-05-00007-ARM |
| v. | CR-99-00030-ARM |
| | District of the Northern Mariana Islands |
| SHI PENG, | |
| Defendant - Appellant. | ORDER |

FILED
Clerk
District Court

APR 27 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Before:   O'SCANNLAIN and BEA, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All pending motions are denied.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

APR 17 2007

by: _____
Deputy Clerk

RESEARCH

INTERNAL USE ONLY: Proceedings include all events.
06-15861 Peng v. USA

| | |
|---|---|
| SHI PENG<br>    Plaintiff - Appellant | Shi Peng<br>Reg. No. 00278-005<br>[COR LD NTC prs]<br>P.O. Box 26020<br>Beaumount, TX 77720 |
| v. | |
| UNITED STATES OF AMERICA<br>    Defendant - Appellee | Timothy E. Moran, Esq.<br>FAX 670/236-2985<br>670/236-2980<br>[COR LD NTC aus]<br>USNMI - OFFICE OF THE U.S. ATTORNEY<br>P.O. Box 500377<br>Saipan, MP 96950 |